**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO ESCOBENDO, an individual,<br>　　　　　　　Plaintiff,<br>　　v.<br>WALMART INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br>　　　　　　　Defendants. | Case No. 2:23-cv-10377-SPG-PD<br><br>**ORDER GRANTING REQUEST TO (1) VACATE PENDING DATES; AND (2) SET AN ORDER TO SHOW CAUSE RE DISMSSAL [ECF NO. 39]** |

　　　Before the Court is the parties' Joint Notice of Settlement and Request to (1) Vacate Pending Dates; and (2) Set an OSC re Dismissal. (ECF No. 39 ("Request")). Having considered the Request, and finding good cause therefor, the Court VACATES all pending dates and deadlines set forth in the Court's Scheduling Order (ECF Nos. 35, 35-1) and modified by the Court's Order on Joint Stipulation to Continue Pretrial and Trial Dates (ECF No. 38).

//
//
//
//
//

The Court sets an Order to Show Cause re Dismissal for October 29, 2025, at 1:30 p.m. If the parties file a dismissal by October 24, 2025, the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

DATED: September 16, 2025



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE