JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ESCOBENDO, an individual,<br><br>                      Plaintiff,<br><br>      v.<br><br>WALMART INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>                      Defendants. | Case No. 2:23-cv-10377-SPG-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE PURSUANT TO RULE 41(a)(1)(A)(ii) [ECF NO. 41]** |

      Before the Court is the parties' Joint Stipulation of Dismissal of Entire Action Pursuant to Rule 41(a)(1)(A)(ii), (ECF No. 41 ("Stipulation")), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      1.     Plaintiff's individual claims in this action are dismissed without prejudice.

      2.     Plaintiff's claims under the California Private Attorneys General Act ("PAGA") as to the State of California and other allegedly aggrieved employees are dismissed without prejudice.

//
//
//
//

1 　　　All pending dates are vacated and taken off calendar.  The Clerk is directed to close
2 the file.

**IT IS SO ORDERED.**

DATED:  October 22, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE